# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**JEFFREY ANTONIO BROWN,**

    Petitioner,

              **CASE NO.**    **3:08-CV-477**

**-vs-**

               **District Judge Timothy S. Black**
               **Magistrate Judge Sharon L. Ovington**

**WARDEN, Warren Correctional Institution,**

    Respondent.

---

## JUDGMENT IN A CIVIL CASE

---

**[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Court **ADOPTED** the Reports and Recommendations of the United States Magistrate Judge (Doc. 49, 50); **OVERRULED** Petitioner's Objections (Doc. 58); **DISMISSED WITH PREJUDICE** the Petition; **DENIED AS MOOT** the remaining motions (Docs. 38, 41, 47, 48 and 55); **DENIED** a certificate of appealability under 28 U.S.C. § 2253; and **TERMINATED** this case.

Date:   November 7, 2011                           **JAMES BONINI, CLERK**

                                                                By: <u>s/ M. Rogers</u>
                                                                  Deputy Clerk